June 30, 2006

Mr. Kevin Wayne Cole
Cole & Powell, P.C.
400 West 15th Street, Suite 304
Austin, TX 78701
Ms. LaNelle L. McNamara
LaNelle L. McNamara, P.C.
1921 Austin Ave.
Waco, TX 76701

RE: Case Number: 04-1113
 Court of Appeals Number: 10-03-00214-CV
 Trial Court Number: 2002-1959-3

Style: CITY OF WACO, TEXAS
 v.
 LARRY KELLEY

Dear Counsel:

 Pursuant to Texas Rule of Appellate Procedure 59.1, after granting the
petition for review and without hearing oral argument, the Court reverses
the court of appeals' judgment and remands the case to that court and
delivered the enclosed per curiam opinion and judgment in the above-
referenced cause.

 Sincerely,
 [pic]

 Andrew Weber, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Ms. Sharri |
| |Roessler |
| |Mr. Joe Johnson |
| |Mr. Brad |
| |Neighbor |
| |Mr. B. Craig |
| |Deats |